[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 06-15045

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 22, 2007
THOMAS K. KAHN
CLERK

D. C. Docket No. 02-00235-CV-5-CLS

JOYCE SHARPLEY, Wife of Decedent,
As Administrator of the Estate of
Decedent, James Edward Sharpley,

                                        Plaintiff-Appellant,

                    versus

JOHN RALEY, State Conservation
Officer/Game Warden for the
Alabama Division of Wildlife and
Freshwater Fisheries, in his
individual capacity,

                                        Defendant,

TIM COSBY, Chief of Enforcement
for the Alabama Division of
Wildlife and Freshwater Fisheries,
in his individual capacity
JOHNNY JOHNSON, Conservation Captain
for the Alabama Division of Wildlife
and Freshwater Fisheries, in his
individual capacity,

                                        Defendants-Appellees.

———————————————

Appeal from the United States District Court
for the Northern District of Alabama

———————————————

**(May 22, 2007)**

Before EDMONDSON, Chief Judge, HULL, Circuit Judge, and FORRESTER,[*] District Judge.

PER CURIAM:

After review and oral argument, the Court finds no reversible error in the district court's order dated February 1, 2005 and affirms the grant of summary judgment in favor of the defendants Tim Cosby and Johnny Johnson on the plaintiff's claims.

**AFFIRMED.**

---

[*]Honorable J. Owen Forrester, United States District Judge for the Northern District of Georgia, sitting by designation.